**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> 100%SATISFACTION STORE, et al., <br><br> Defendants. | Case No. 21-cv-02687 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Beth W. Jantz** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Converse Inc. ("Plaintiff" or "Converse") against the defendants identified on Schedule A, and using the seller aliases identified on Schedule A (collectively, the "Seller Aliases"), and Converse having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Converse having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Converse has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Converse's federally registered trademarks (the "Converse Trademarks") to residents of Illinois. In this case, Converse has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Converse Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Converse Trademarks.

A list of the Converse Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 369,971 | ALL STAR | For: Athletic shoes of rubber and fabric in class 25 |
| 868,375 | CONVERSE | For: Clothing-namely, industrial boots, rubber boots, tennis shoes, basketball shoes, boat shoes, general purpose athletic sneakers, casual shoes, jackets, trousers, parkas, shirts, raincoats in class 25 |
| 1,206,260 | SKIDGRIP | For: Footwear in class 25 |
| 1,275,191 | ALL STAR | For: All Purpose Sports Bags in class 18 |

| | | |
|---|---|---|
| 1,276,236 | ALL STAR | For: Shirts in class 25 |
| 1,493,265 | CONS | For: Footwear in class 25 |
| 1,790,496 | CONS | For: Clothing; namely, knit T-shirts, woven shirts, knit and woven pants, sports caps and knit caps, and spandex exercise wear; namely, T-shirts, sweat pants, shorts, and tank tops in class 25 |
| 1,868,363 | CONVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, woven shirts, swimwear, knit and woven shorts, knit and woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets, sports caps and knit caps in class 25 |
| 2,453,856 | CONVERSE.COM | For: Computer services, namely, providing an interactive database of information on clothing, footwear, sporting equipment and activities, and sports personalities in class 42 |
| 2,466,322 | CONVERSE | For: Wirebound books, wirebound hardback books, ballpoint pens in class 16 |
| 2,683,548 | WEAPON | For: Footwear in class 25 |
| 2,807,854 | ALL STAR | For: Footwear in class 25 |
| 2,810,717 | CONVERSE | For: Socks in class 25 |
| 2,869,353 | CONVERSE | For: Eyeglasses, sunglasses, all purpose sports goggles, optical frames and accessories therefor in class 9 |
| 2,872,822 | CONVERSE | For: Sports bags in class 18 |
| 3,175,430 | CONVERSE | For: Retail store services featuring footwear, clothing, sports bags and book bags in class 35 |
| 3,191,460 | FIRST STAR | For: Footwear in class 25 |
| 3,289,613 | CONVERSE | For: Shoe laces in class 26 |

| | | |
|---|---|---|
| 3,534,741 | CHUCK TAYLOR | For: Footwear; clothing, namely, t-shirts, tank tops and sweat shirts, headgear, namely, sports caps and knit caps in class 25 |
| 3,847,775 | STAR PLAYER | For: Footwear in class 25 |
| 4,417,013 | RUBBER TRACKS | For: Recording studio services; Recording studios in class 41 |
| 5,722,153 | CHUCK 70 | For: Footwear in class 25 |
| 121,760 | [CXC monogram logo] | For: Boots and shoes made of or containing rubber in class 25 |
| 315,273 | [Chuck Taylor signature] | For: Shoes made of rubber, leather, fabric, and combinations thereof in class 25 |
| 583,097 | [Jack Purcell signature] | For: Rubber-soled canvas shoes for the use of men, women, and children in class 25 |
| 741,662 | [Star design] | For: Canvas-Topped, Rubber-Soled Athletic Shoes in class 25 |
| 924,169 | [CONVERSE star logo] | For: Basketball shoes, general purpose athletic sneakers in class 25 |
| 938,918 | | For: Footwear-namely, rubber-soled or plastic-soled canvas shoes in class 25 |

4

| | Mark | |
|---|---|---|
| | Jack Purcell | |
| 1,078,480 | ★ CONVERSE (star in square with CONVERSE below) | For: Footwear in class 25 |
| 1,138,468 | ★ CONVERSE ALL STAR | For: Footwear in class 25 |
| 1,138,469 | CONVERSE Chuck Taylor ALL STAR (circular logo with star) | For: Footwear in class 25 |
| 1,146,876 | ALL ★ STAR | For: Footwear in class 25 |
| 1,215,935 | ★▶ (star chevron) | For: Shirts in class 25 |
| 1,525,779 | ☆▷ (outlined star chevron) | For: Socks in class 25 |
| 1,632,413 | | For: Footwear in class 25 |

|  |  |  |
|---|---|---|
|  | (star in rounded square) |  |
| 1,654,951 | C✪NVERSE | For: Clothing; namely, footwear in class 25 |
| 1,738,330 | Converse Chuck Taylor All Star circular logo | For: All-purpose sports bags in class 18 |
| 1,789,476 | (star within dashed circle) | For: Footwear in class 25 |
| 1,804,563 | C✪NVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, knit and woven shorts, woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets sports caps in class 25 |
| 1,868,414 | ONE ★ STAR | For: Footwear in class 25 |
| 1,877,671 | Converse Chuck Taylor All Star circular logo | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, and outerwear; namely, lined jackets in class 25 |
| 1,981,319 |  | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, |

6

|  |  | |
|---|---|---|
|  | ALL★STAR | sweaters, jeans and outerwear; namely, lined jackets, and nylon jackets in class 25 |
| 2,063,154 | [CONVERSE Chuck Taylor ALL STAR circular logo] | For: Headwear, namely, sport and knit hats and caps in class 25 |
| 2,098,296 | CONVERSE ALL★STAR | For: Athletic footwear, and clothing, namely, T-shirts, shorts, hats, jackets, tank tops, sweatpants and sweatshirts in class 25 |
| 2,435,788 | [CONVERSE Chuck Taylor ALL STAR circular logo] | For: T-shirts in class 25 |
| 2,435,789 | ALL★STAR | For: Clothing namely, t-shirts in class 25 |
| 2,466,301 | [CONVERSE Chuck Taylor ALL STAR circular logo] | For: Book bags and briefcases-style portfolios in class 18 |
| 2,856,926 |  | For: Apparel, namely, warm-up suits, shirts, pants, jackets and shorts in class 25 |

7

|  | *Chuck Taylor* |  |
|---|---|---|
| 2,973,804 |  | For: Footwear in class 25 |
| 3,481,708 | *Jack Purcell* | For: Footwear; clothing, namely, t-shirts, short and long sleeved tops, short and long sleeved t-shirts, exercise wear, namely, sweat suits, and headgear, namely, sports caps in class 25 |
| 1,053,338 |  | For: Canvas and imitation leather topped soft soled athletic shoes and casual shoes in class 25 |
| 1,490,262 |  | For: Athletic footwear in class 25 |
| 1,588,960 |  | For: Athletic footwear in class 25 |

8

| | | |
|---|---|---|
| 1,658,256 | | For: Footwear in class 25 |
| 1,998,884 | | For: Footwear in class 25 |
| 3,258,103 | | For: Footwear in class 25 |
| 4,062,112 | | For: Athletic footwear in class 25 |
| 4,065,482 | | For: Athletic footwear in class 25 |

| | | |
|---|---|---|
| 4,398,753 |  | For: Footwear in class 25 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Converse's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Converse Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Converse product or any other product produced by Converse, that is not Converse's or not produced under the authorization, control, or supervision of Converse and approved by Converse for sale under the Converse Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Converse, or are sponsored by, approved by, or otherwise connected with Converse; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Converse, nor authorized by Converse to be sold or offered for sale, and which bear any of Converse's trademarks, including the Converse Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and DHgate.com Inc. ("Dhgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplaces, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Converse Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Converse Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a

11

        genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks.

3. Upon Converse's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Converse Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Converse is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit Converse Trademarks on products sold through at least the Seller Aliases. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Amazon Pay, and Dhgate, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Seller Aliases from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Amazon Pay, and Dhgate, are hereby released to Converse as partial payment of the above-

identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Amazon Pay, and Dhgate, are ordered to release to Converse the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Converse has recovered full payment of monies owed to it by any Defaulting Defendant, Converse shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Converse identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Converse may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallet and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Converse is hereby released to Converse or its counsel, Greer Burns & Crain Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Converse or its counsel.

This is a Default Judgment.

Dated: September 10, 2021

*Thomas M. Durkin*
Thomas M. Durkin
United States District Judge

**Converse Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-2687**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 100%Satisfaction Store | 2 | 2999Future Store |
| 3 | AEwjh Store | 4 | Attention Growth Store |
| 5 | caishendaojia898 Store | 6 | CEILVENT Store |
| 7 | DaBiao Store | 8 | Good Shoe Library Store |
| 9 | Hung Yau Official Store | 10 | Inngraee Store |
| 11 | Jared Store | 12 | JYING Store |
| 13 | KUEARYTN Store | 14 | LBLGY 15783 Store |
| 15 | DISMISSED | 16 | MEIDEFU Store |
| 17 | MOCHENGShoes Store | 18 | MODX-LW Store |
| 19 | MOSHU Pro Dropshipping Store | 20 | No Stock Store |
| 21 | oausihcbuiwx Store | 22 | PA DEGAO Store |
| 23 | Red Store 168 Store | 24 | Selead Store |
| 25 | Shop3853094 Store | 26 | Shop4476011 Store |
| 27 | Shop4992340 Store | 28 | DISMISSED |
| 29 | Shop5232045 Store | 30 | Shop5242050 Store |
| 31 | Shop5592444 Store | 32 | Shop5783558 Store |
| 33 | Shop910558274 Store | 34 | Shop910559293 Store |
| 35 | Shop910728167 Store | 36 | Shop910882010 Store |
| 37 | Shop910920002 Store | 38 | Shop911093003 Store |
| 39 | Shop911128003 Store | 40 | Shop911139252 Store |
| 41 | Shop911186060 Store | 42 | Shop911195212 Store |
| 43 | Shop911257071 Store | 44 | Shop911265194 Store |
| 45 | Shop911328177 Store | 46 | Shop911384178 Store |
| 47 | Shop911390129 Store | 48 | Shop911411018 Store |
| 49 | Shop911414625 Store | 50 | Shop911418438 Store |
| 51 | Shop911497007 Store | 52 | Shop911534043 Store |
| 53 | Shop911563409 Store | 54 | Shop911599450 Store |
| 55 | Shop911605303 Store | 56 | Shop911610446 Store |
| 57 | Shop911615125 Store | 58 | shunhua2021030801 Store |
| 59 | SHZ store Store | 60 | SIKz Store |
| 61 | SILY Store | 62 | Sliver Bamboo Store |
| 63 | SMTR Store | 64 | So Step Factory Store |
| 65 | Springrain Store | 66 | SS Officee Store |
| 67 | Sundel Store | 68 | SuQiGe Store |
| 69 | SXHJT Newshoes and bags Store | 70 | taoyong19921201 Store |
| 71 | TARRAMARRA Store | 72 | TLMWDY Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 73 | Top Shoes Home | 74 | tuanqizhijia Store |
| 75 | TweetBird Store | 76 | UG luxi Store |
| 77 | Voguepace Trade co., LTD | 78 | wedge Store |
| 79 | DISMISSED | 80 | DISMISSED |
| 81 | DISMISSED | 82 | baifanghuishangmaoyouxian |
| 83 | DISMISSED | 84 | CHENTAI |
| 85 | Cinderella bin | 86 | DISMISSED |
| 87 | DanNan Swim | 88 | Deesaly |
| 89 | DLLY Direct Store | 90 | DISMISSED |
| 91 | DISMISSED | 92 | EWGRSHOP |
| 93 | fengxunyuegoushangmaoyouxiangongsi | 94 | foclock |
| 95 | fsdjhhsfkkfs | 96 | FZFXDC |
| 97 | gege0208 | 98 | DISMISSED |
| 99 | GS-shop | 100 | GUANGZHOU ZHENG LIAN TECHNOLOGY CO.,LTD |
| 101 | guangzhoujikutiyuyongpinyouxiangongsi | 102 | guanxianchiboshangmaozhongxin |
| 103 | GUINI | 104 | guojianzhongshangping |
| 105 | DISMISSED | 106 | hanchengjiajudian |
| 107 | HANLILILING | 108 | HaoLiHuaYi |
| 109 | hengxinda | 110 | HNHBKJ |
| 111 | HongHan8618 | 112 | hongyashicai |
| 113 | htqshangmaoshop | 114 | HTREGXD |
| 115 | HuangZhengTechnology | 116 | INOBLXR |
| 117 | jianheliu | 118 | DISMISSED |
| 119 | DISMISSED | 120 | JohnEvans |
| 121 | DISMISSED | 122 | junyi88 |
| 123 | JYJYES | 124 | kailaimaoyi |
| 125 | DISMISSED | 126 | KGuJDKo |
| 127 | KNMNKk | 128 | KZYS |
| 129 | DISMISSED | 130 | Levihan US |
| 131 | liangliang shoppp | 132 | LinXianYanRongRiZaShangDian |
| 133 | liu lin xian er hong ri za bai huo dian | 134 | LNshangmao |
| 135 | LU0KY CL0B | 136 | Lucky Narusawa |
| 137 | LYDBM | 138 | LZJMZ |
| 139 | DISMISSED | 140 | Meet the best of yourself-US |
| 141 | Miss Wang carefully selected | 142 | DISMISSED |
| 143 | moonlight718 | 144 | NJJPN |
| 145 | DISMISSED | 146 | OYZK |
| 147 | DISMISSED | 148 | DISMISSED |
| 149 | Proud Monk Gao | 150 | DISMISSED |
| 151 | DISMISSED | 152 | QHTC |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 153 | qide trade88 | 154 | QinQinYuJi |
| 155 | QMLE | 156 | QS-shop |
| 157 | Randomhappy666 | 158 | RTEKJ |
| 159 | runfenyuan | 160 | safely913 |
| 161 | SDCM | 162 | sdmjhhd |
| 163 | SHANSHANYOUXIANG | 164 | ShanXiTaiJiangRuiMaoYiYouXianG |
| 165 | DISMISSED | 166 | sijixian |
| 167 | SL-TECHUS | 168 | Steroncher |
| 169 | DISMISSED | 170 | DISMISSED |
| 171 | taianguangshengwangluokejiyouxiangongsi | 172 | DISMISSED |
| 173 | TEASHYUS | 174 | TeIacos-US |
| 175 | DISMISSED | 176 | Telaposs |
| 177 | TIANALUS | 178 | DISMISSED |
| 179 | TokLask | 180 | DISMISSED |
| 181 | DISMISSED | 182 | DISMISSED |
| 183 | celestiallynnfong0 | 184 | dureo |
| 185 | east-town | 186 | DISMISSED |
| 187 | liting2015 | 188 | DISMISSED |
| 189 | DISMISSED | 190 | superstarslxl |
| 191 | DISMISSED | 192 | topfashion_shop |
| 193 | 365-buy-2011 | 194 | Geraldine motors |
| 195 | guoshuo | 196 | jixiaowei |
| 197 | liulei135 | 198 | liuyaru |
| 199 | Lixiaying | 200 | llk09zzi |
| 201 | lzf01477 | 202 | Qingdao Ming-tsung International Trade Co., Ltd. |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/911712341 | 2 | aliexpress.com/store/5423232 |
| 3 | aliexpress.com/store/911758180 | 4 | aliexpress.com/store/911030045 |
| 5 | aliexpress.com/store/911775722 | 6 | aliexpress.com/store/911747547 |
| 7 | aliexpress.com/store/911610816 | 8 | aliexpress.com/store/5257007 |
| 9 | aliexpress.com/store/1403630 | 10 | aliexpress.com/store/2183132 |
| 11 | aliexpress.com/store/911770868 | 12 | aliexpress.com/store/5132019 |
| 13 | aliexpress.com/store/4842274 | 14 | aliexpress.com/store/911295225 |
| 15 | DISMISSED | 16 | aliexpress.com/store/911720511 |
| 17 | aliexpress.com/store/911769381 | 18 | aliexpress.com/store/911767272 |
| 19 | aliexpress.com/store/1980272 | 20 | aliexpress.com/store/4414159 |
| 21 | aliexpress.com/store/911740239 | 22 | aliexpress.com/store/4884214 |
| 23 | aliexpress.com/store/911517221 | 24 | aliexpress.com/store/5651004 |
| 25 | aliexpress.com/store/3853094 | 26 | aliexpress.com/store/4476011 |
| 27 | aliexpress.com/store/4992340 | 28 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 29 | aliexpress.com/store/5232045 | 30 | aliexpress.com/store/5242050 |
| 31 | aliexpress.com/store/5592444 | 32 | aliexpress.com/store/5783558 |
| 33 | aliexpress.com/store/910558274 | 34 | aliexpress.com/store/910559293 |
| 35 | aliexpress.com/store/910728167 | 36 | aliexpress.com/store/910882010 |
| 37 | aliexpress.com/store/910920002 | 38 | aliexpress.com/store/911093003 |
| 39 | aliexpress.com/store/911128003 | 40 | aliexpress.com/store/911139252 |
| 41 | aliexpress.com/store/911186060 | 42 | aliexpress.com/store/911195212 |
| 43 | aliexpress.com/store/911257071 | 44 | aliexpress.com/store/911265194 |
| 45 | aliexpress.com/store/911328177 | 46 | aliexpress.com/store/911384178 |
| 47 | aliexpress.com/store/911390129 | 48 | aliexpress.com/store/911411018 |
| 49 | aliexpress.com/store/911414625 | 50 | aliexpress.com/store/911418438 |
| 51 | aliexpress.com/store/911497007 | 52 | aliexpress.com/store/911534043 |
| 53 | aliexpress.com/store/911563409 | 54 | aliexpress.com/store/911599450 |
| 55 | aliexpress.com/store/911605303 | 56 | aliexpress.com/store/911610446 |
| 57 | aliexpress.com/store/911615125 | 58 | aliexpress.com/store/911654487 |
| 59 | aliexpress.com/store/911758437 | 60 | aliexpress.com/store/911707289 |
| 61 | aliexpress.com/store/911227173 | 62 | aliexpress.com/store/911660109 |
| 63 | aliexpress.com/store/911666199 | 64 | aliexpress.com/store/911719294 |
| 65 | aliexpress.com/store/626242 | 66 | aliexpress.com/store/911653088 |
| 67 | aliexpress.com/store/5258098 | 68 | aliexpress.com/store/911608874 |
| 69 | aliexpress.com/store/911524023 | 70 | aliexpress.com/store/911667187 |
| 71 | aliexpress.com/store/911477036 | 72 | aliexpress.com/store/911665116 |
| 73 | aliexpress.com/store/1504325 | 74 | aliexpress.com/store/911761351 |
| 75 | aliexpress.com/store/3193008 | 76 | aliexpress.com/store/911744836 |
| 77 | aliexpress.com/store/2083007 | 78 | aliexpress.com/store/911757432 |
| 79 | DISMISSED | 80 | DISMISSED |
| 81 | DISMISSED | 82 | amazon.com/sp?seller=A1DDE5UAUYC2MF |
| 83 | DISMISSED | 84 | amazon.com/sp?seller=A2DU7YORJEOASH |
| 85 | amazon.com/sp?seller=A3TIW3CUUYLT7Y | 86 | DISMISSED |
| 87 | amazon.com/sp?seller=A21A4HNOTY6F71 | 88 | amazon.com/sp?seller=A2ES0UBRGLRF8Y |
| 89 | amazon.com/sp?seller=A21TEHLCIT7H1U | 90 | DISMISSED |
| 91 | DISMISSED | 92 | amazon.com/sp?seller=A2UAM9YPQB1CRJ |
| 93 | amazon.com/sp?seller=A1BURFNUQU4ALX | 94 | amazon.com/sp?seller=A26YX85DZSZ9PS |
| 95 | amazon.com/sp?seller=A211DWMAAIZTAS | 96 | amazon.com/sp?seller=A1MMX0RQM9G5N2 |
| 97 | amazon.com/sp?seller=AIQE19LW42OOM | 98 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 99 | amazon.com/sp?seller=A2C1YEJW6PTMZ5 | 100 | amazon.com/sp?seller=AL2TGDH81PGRL |
| 101 | amazon.com/sp?seller=A3CO1ONRZIC1OC | 102 | amazon.com/sp?seller=A2KNHISRNH35ZR |
| 103 | amazon.com/sp?seller=A2622JK0JRHPQJ | 104 | amazon.com/sp?seller=A3ISX0GFZ4UZAU |
| 105 | DISMISSED | 106 | amazon.com/sp?seller=A2CJDGKTG7YYVL |
| 107 | amazon.com/sp?seller=A16H6NSXHP4YGD | 108 | amazon.com/sp?seller=A13C3C5PCTBBPN |
| 109 | amazon.com/sp?seller=A564FN6JZ8V6K | 110 | amazon.com/sp?seller=ABQ2UO41Y02CQ |
| 111 | amazon.com/sp?seller=A2UA086YUH9U3W | 112 | amazon.com/sp?seller=AAWBKMLC5XPUV |
| 113 | amazon.com/sp?seller=A25F9CYZBK6BOM | 114 | amazon.com/sp?seller=A1Y8XRLAWIJ0T2 |
| 115 | amazon.com/sp?seller=A1439RG8TV6BCO | 116 | amazon.com/sp?seller=A1LFBLETG24P9R |
| 117 | amazon.com/sp?seller=A3OD5ZITDV4LXO | 118 | DISMISSED |
| 119 | DISMISSED | 120 | amazon.com/sp?seller=A3SQHMYDUEZLTG |
| 121 | DISMISSED | 122 | amazon.com/sp?seller=A1QEGJ5GA4QUB8 |
| 123 | amazon.com/sp?seller=A3HJM9HOGWXLVT | 124 | amazon.com/sp?seller=A2AQRPJ6DV9JHE |
| 125 | DISMISSED | 126 | amazon.com/sp?seller=A1GI7HCK7LZZ7M |
| 127 | amazon.com/sp?seller=A1BUJZZE7LSP0D | 128 | amazon.com/sp?seller=A2NXHGL3GR415W |
| 129 | DISMISSED | 130 | amazon.com/sp?seller=A18JMK81VBJSCQ |
| 131 | amazon.com/sp?seller=A10O8NIT19I83P | 132 | amazon.com/sp?seller=AJA5M8S6CY8W1 |
| 133 | amazon.com/sp?seller=AD94XM6HWO1IC | 134 | amazon.com/sp?seller=A26NIUUHJZULLZ |
| 135 | amazon.com/sp?seller=A1JT9YD904J7T6 | 136 | amazon.com/sp?seller=A1A0V4RRYGBD4Q |
| 137 | amazon.com/sp?seller=A34RTAXVLETDAL | 138 | amazon.com/sp?seller=A2PUJDUP6QKJLE |
| 139 | DISMISSED | 140 | amazon.com/dp/B08QZK1BXS |
| 141 | amazon.com/sp?seller=A2L02IA5994KSE | 142 | DISMISSED |
| 143 | amazon.com/sp?seller=A2M8SEPEGDFOPW | 144 | amazon.com/sp?seller=A3IJM65Z6UCZU0 |
| 145 | DISMISSED | 146 | amazon.com/sp?seller=A1E8S2EYH02WKB |
| 147 | DISMISSED | 148 | DISMISSED |
| 149 | amazon.com/sp?seller=A2FZ5SGY5D0DNW | 150 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 151 | DISMISSED | 152 | amazon.com/sp?seller=AJMNK0A871SQR |
| 153 | amazon.com/sp?seller=A1SYG05SJU8476 | 154 | amazon.com/sp?seller=A2RUJGCJUXEKZC |
| 155 | amazon.com/sp?seller=A3DYRFJ3NJJ9HN | 156 | amazon.com/sp?seller=A3611LL7RD8Q3F |
| 157 | amazon.com/sp?seller=A1P3ZE6ZOFUMKW | 158 | amazon.com/sp?seller=A3N3NMSADLRDH6 |
| 159 | amazon.com/sp?seller=A2Q9FI4AGQW2NL | 160 | amazon.com/sp?seller=A2OOZP06R8VMV3 |
| 161 | amazon.com/sp?seller=AF63NDCCNJCUL | 162 | amazon.com/sp?seller=A389EG4JIKXEN3 |
| 163 | amazon.com/sp?seller=A1TV5Z31NDBH3C | 164 | amazon.com/sp?seller=A2BYBWCA2JHR0J |
| 165 | DISMISSED | 166 | amazon.com/sp?seller=A1NJUTOW3RGBAC |
| 167 | amazon.com/sp?seller=AE3UB855BDPQ6 | 168 | amazon.com/sp?seller=A3F7KMI5ZFG5L7 |
| 169 | DISMISSED | 170 | DISMISSED |
| 171 | amazon.com/sp?seller=A31HG9KKESW7D5 | 172 | DISMISSED |
| 173 | amazon.com/sp?seller=A3VKY3CKGSOM3M | 174 | amazon.com/sp?seller=A22X3BRN0NIU76 |
| 175 | DISMISSED | 176 | amazon.com/sp?seller=A2MS6H6JZ9MHTO |
| 177 | amazon.com/sp?seller=A3QRQVQXVLTX2V | 178 | DISMISSED |
| 179 | amazon.com/sp?seller=A3RIJMUZIHOKZM | 180 | DISMISSED |
| 181 | DISMISSED | 182 | DISMISSED |
| 183 | ebay.com/usr/celestiallynnfong0 | 184 | ebay.com/usr/dureo |
| 185 | ebay.com/usr/east-town | 186 | DISMISSED |
| 187 | ebay.com/usr/liting2015 | 188 | DISMISSED |
| 189 | DISMISSED | 190 | ebay.com/usr/superstarslxl |
| 191 | DISMISSED | 192 | ebay.com/usr/topfashion_shop |
| 193 | wish.com/merchant/58b5881634ecb26d3e56b7ed | 194 | wish.com/merchant/5e42798910c4562c4081eedf |
| 195 | wish.com/merchant/58f05c654a663e168b728db1 | 196 | wish.com/merchant/590f19e6fadb2f21abf14214 |
| 197 | wish.com/merchant/58df4e6aba2c166515ebccc8 | 198 | wish.com/merchant/5a3242e112fa1c6b8f22c4c4 |
| 199 | wish.com/merchant/5f1bb68421721f2d0b7d12cb | 200 | wish.com/merchant/5d539e851d9a8e7005a987dc |
| 201 | wish.com/merchant/5f0fc26c29e78605d7c6124b | 202 | wish.com/merchant/5666de44a1da1c09eee13fdb |